IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKIE A. MARTINEZ, JR.,

     Petitioner,            No. CIV S-06-1696 DFL EFB P

    vs.

FELKER, et al.,

     Respondents.          ORDER

_____/

       Petitioner is a prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent filed a motion for an extension of time to file and serve a response to the petition. The motion was filed beyond the time for filing a response. To obtain an extension based on a late request, respondent must show excusable neglect. Fed. R. Civ. P. 6(b). To determine whether neglect is excusable, the court must consider the danger of prejudice to petitioner, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within respondents' control, and whether respondents acted in good faith. *Committee for Idaho's High Desert, Inc., v. Yost*, 92 F.3d 814, 825 & n.4. (9th Cir. 1996). Carelessness does not usually constitute excusable neglect. *See Kyle v. Campbell Soup Company*, 28 F.3d 928, 929 (9th Cir. 1993) (stating that inadvertence, ignorance of court rules and misconstruction of court rules usually do not constitute excusable neglect).

1       The response to the petition should have been filed October 2, 2006, but
2 respondent filed a motion for additional time on October 4.  The delay of two days, in light of the
3 early stage of these proceedings, does not appear to result in any significant prejudice.  Whether
4 the delay is excusable is a closer question.  Respondents' counsel asserts he recently received the
5 documents he needs to formulate a response but offers no reason for not timely seeking an
6 extension.  Despite this glaring omission, there is no evidence of bad faith and in the absence of
7 prejudice to petitioner, the request will be granted..
8       Accordingly, it is ORDERED that respondents' October 4, 2006, application is
9 granted and respondents have 30 days from the date this order is served to file and serve a
10 response to the petition.
11 Dated:  October 10, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE