IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKIE A. MARTINEZ, JR.,

    Petitioner,                    No. CIV S-06-1696 DFL EFB P

    vs.

FELKER, et al.,

    Respondents.               ORDER

                             /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 20, 2006, petitioner requested an extension of time to file and serve a reply to respondents' answer. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's December 20, 2006, request is granted and petitioner has 30 days from the date this order is served to file and serve a reply.

Dated: December 29, 2006.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE