## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE A. MARTINEZ, JR., | |
| Petitioner, | No. 2:06 CV 01696 AWT |
| v. | JUDGMENT |
| FELKER, Warden, et al., | |
| Respondents. | |

Pursuant to the Order of Dismissal, signed and filed concurrently with this Judgment, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby **DISMISSED.**

Dated:  November 4, 2009.

                                                        */s/ A. Wallace Tashima*
                                                  United States Circuit Judge
                                                  Sitting by designation