UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE A. MARTINEZ, JR., | |
| Petitioner, | No. 2:06 CV 01696 AWT |
| v. | ORDER DENYING COA |
| FELKER, Warden, et al., | |
| Respondents. | |

Petitioner has applied for a certificate of appealability ("COA") on two issues. Because, for the reasons explained in the Order of Dismissal, filed November 4, 2009, petitioner has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), as to either issue, the application is **DENIED.**

Dated: December 17, 2009.

                                                         */s/ A. Wallace Tashima*
                                                  United States Circuit Judge
                                                  Sitting by designation.